

**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** United States ex. rel WILLIE BALLE

**Defendant(s):** JOSEPH V. MATHY, etc., et al.

**County of Residence:** LIVINGSTON

**County of Residence:**

**Plaintiff's Address:**
Willie Balle
A-61541
Pontiac - PON
P.O. Box 99
Pontiac, IL 61764

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV4945
JUDGE KENNELLY
MAGISTRATE JUDGE NOLAN

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** [signature]   **Date:** 8/29/08

FILED
AUG 29 2008 TC
Aug 29. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT